STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7000
    FAX: (415) 436-7200
    Email: Cynthia.Stier@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> JOSE MUNOZ-VASQUEZ, <br> a/k/a Daniel Vasquez, <br>     Defendant. | NO. 06-CR-587-~~EXE 1~~  RMW <br><br> NOTICE OF DISMISSAL <br> & <br> ORDER |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above-captioned Indictment against Jose Munoz-Vasquez, and moves that the Court quash the arrest warrant issued in connection with the Indictment in this case against him.

DATED: May 12, 2022

                                                     Respectfully submitted,

                                                     STEPHANIE M. HINDS
                                                     United States Attorney

                                                     */s/ Thomas A. Colthurst*
                                                     _____
                                                     THOMAS A. COLTHURST
                                                     Chief, Criminal Division

NOTICE OF DISMISSAL
No. CR 06-cr-587- EXE 1

**[PROPOSED] ORDER**

Leave is granted to the government to dismiss the Indictment against Jose Munoz-Vasquez.  It is further ordered that the arrest warrant issued in connection with the Indictment in this case is quashed.

DATED:  May 18, 2022

_____
HONORABLE EDWARD J. DAVILA
United States District Judge

NOTICE OF DISMISSAL
No. CR 06-cr-587- EXE 1